1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

8

9    SOUTHERN CALIFORNIA EDISON            Case No.  2:14-CV-09501-SJO(AJWx)
     COMPANY, a California corporation,
10                                          **ORDER REGARDING THE**
                    Plaintiff,              **STIPULATED PROTECTIVE**
11                                          **ORDER**
           v.
12
     CONTINENTAL CASUALTY COMPANY,
13   an Illinois corporation, INTEC SREVICES,
     INC, a Colorado corporation, and DOES 1-30,
14   inclusive,

15                  Defendants.

16

17
                              **ORDER**
18

19       GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING

20   STIPULATED TO THE SAME, the Court finds that the **STIPULATED PROTECTIVE**

21   **ORDER**, filed concurrently herewith, is sanctioned by the Court, and shall be and now is the

22   Order of the Court.

23   **IT IS SO ORDERED.**

24

25        **4/30/2015**
     **Dated:** _____        _____
26                                        **ANDREW J. WISTRICH**
                                          **UNITED STATES MAGISTRATE JUDGE**
27

28
                                              STIPULATED PROTECTIVE ORDER AND
                                                             [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28